UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Marise Hamilton

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 545 ( )( )

Defendant ___Marise Hamilton_ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_   Initial Appearance Before a Judicial Officer

_x_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

Marise Hamilton   DAH
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Marise Hamilton
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Daniel A. Hochheiser
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/20/2020
_____
Date

_____
U.S. Magistrate Judge