UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

    UNITED STATES OF AMERICA,

                         -against-

Marise Hamilton

                                  Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 CR 545 PMH

Defendant Marise Hamilton hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x_    Bail/Detention Hearing

_x_    Conference Before a Judicial Officer


 Marise Hamilton    *DAH*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Marise Hamilton _
Print Defendant's Name

_____
Defendant's Counsel's Signature

Daniel A. Hochheiser__
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 November 23, 2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge