UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Marise Hamilton

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20  -CR-  545   (lPMH ) ( )

Defendant Marise Hamilton__ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or __x_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

x
____ Bail/Detention Hearing

____ Conference Before a Judicial Officer

_Marise Hamilton_ (MH)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Marise Hamilton
Print Defendant's Name

_____
Defendant's Counsel's Signature

Daniel A. Hochheiser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/7/2020
_____
Date

_Judith C. McCarthy_
_____
U.S. District Judge/U.S. Magistrate Judge