# Law Offices of
# Daniel A. Hochheiser

2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

February 14, 2021

Hon. Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   USA v. Marise Hamilton, 20 CR 545-5 (PMH)
      REQUEST FOR APPOINTMENT OF COUNSEL *NUNC PRO TUNC* TO OCTOBER 20, 2020

Your Honor:

I was assigned pursuant to the Criminal Justice Act to represent Marise Hamilton on October 20, 2020 by U.S. Mag. Judge Andrew E. Krause at the time of Hamilton's Arraignment on Indictment. On the eVoucher system, however, the date of order for my assignment is: 11/23/2020.

Please endorse this letter to **assign me as CJA counsel for Hamilton *nunc pro tunc* to 10/20/2020** so I can submit a voucher for all the work I have done on this matter since 10/20/2020.

Respectfully submitted,

Daniel A. Hochheiser

**Application granted.**

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

February 17, 2021