UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

   UNITED STATES OF AMERICA,                      **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                   -against-                                            **20-CR-545 (PMH)**

Marise Hamilton

                                       Defendant(s).
-----------------------------------------------------------------X

Defendant Marise Hamilton hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_x_    Conference Before a U.S. District Judge


_Marise Hamilton_   _DAH_  02-18-2021            _/s/_   02-18-2021
Defendant's Signature                                           Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Marise Hamilton                                                 Daniel A. Hochheiser


This proceeding was conducted by reliable video or telephone conferencing technology.

February 22, 2021                                                _/s/_
Date                                                            U.S. District Judge
                                                              Hon. Philip M. Halpern