# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochhei[ser...]
(646) 863-4[...]

> Application granted.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 106.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         September 14, 2021

September 13, 2021

Via ECF
Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Marise Hamilton, 20 CR 545 PMH
      **PERMISSION TO FILE INTERIM VOUCHERS**

Your Honor,

    I was appointed under the Criminal Justice Act on November 23, 2020 to serve as counsel for defendant, Marise Hamilton. He is next scheduled to appear before Your Honor for a status conference on November 2, 2021. Please endorse this letter motion to permit me, as CJA counsel, to submit interim vouchers in this case.

                              Respectfully submitted,

                              Daniel A. Hochheiser

Cc: all counsel via ECF