UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Marise Hamilton

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20  -CR-  545 PMH

Defendant ___ Marise Hamilton _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _x_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

_x_  Status Conference on 1/25/2022 before United States District Judge Philip M. Halpern

Marise Hamilton    DAH
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Marise Hamilton
Print Defendant's Name

_____
Defendant's Counsel's Signature

Daniel A. Hochheiser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**January 25, 2022**
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~