UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Marise Hamilton

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-545 (PMH)

Defendant Marise Hamilton hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

\_\_\_ Initial Appearance Before a Judicial Officer

\_\_\_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Bail/Detention Hearing

_x_ Conference Before a U.S. District Judge

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Marise Hamilton

Defendant's Counsel's Signature

Daniel A. Hochheiser

This proceeding was conducted by reliable video or telephone conferencing technology.

**March 10, 2022**
Date

U.S. District Judge