UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Marise Hamilton,**
*also known as*
Mouse

                  Defendant.
-----------------------------------------------------------x

**SCHEDULING ORDER**

20-cr-00545-5PMH

The Court has scheduled a Change of Plea Hearing in this matter on May 12, 2022 at 11:00 a.m. in courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: May 4, 2022

SO ORDERED:

*[signature]*

Philip M. Halpern, U.S.D.J