**Law Offices of**
**Daniel A. Hochheiser**
Attorney at Law
2 Overhill Road
Scarsdale, NY 10583
dah@hochheiser.com
(646) xxx-xxxx

> Application granted.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 178.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          May 24, 2022

May 23, 2022

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   USA v. Marise Hamilton 20 CR 545 PMH
       Request to authorize reimbursement of expenses incurred

Your Honor:

As appointed CJA counsel to Hamilton, on April 4, 2022, I paid Greenwood Law Group PLLC $365.00 to convert the May 21, 2020 street video surveillance footage of Hamilton's arrest in the parking lot in Newburgh from the *SmartClient-Player* video format to a format accessible via *Windows Media Player*, and to provide the court with the converted video on an external hard drive. Please endorse this letter motion authorizing me to seek reimbursement for this $365.00 expense pursuant to the Criminal Justice Act.

Respectfully submitted,

Daniel A. Hochheiser

1