UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

MARISE HAMILTON,

                    Defendant.
------------------------------------------------------------X

**MEMORANDUM**

20 Cr. 545 (PMH)

TO:    PHILIP M. HALPERN, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the May 12, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated:  June 6, 2022
          White Plains, New York

                                                        Respectfully submitted,

                                                        _____
                                                         ANDREW E. KRAUSE
                                                         United States Magistrate Judge

June 6, 2022

      This transcript represents my Report and Recommendation to the Honorable Philip M. Halpern, United States District Judge.

                                                **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge