UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,  :
                                                            :  **ORDER ACCEPTING**
v.  :  **PLEA ALLOCUTION**
                                                            :
MARISE HAMILTON,  :
                                                            :  20-CR-00545 (PMH)
                  Defendant.  :
-----------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

       The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated June 6, 2022, is approved and accepted, and the defendant is adjudged guilty of the lesser included offenses charged in Count One and Count Two of the Superseding Information.

       The Clerk of Court is directed to enter the guilty plea.

SO ORDERED:

Dated: White Plains, New York
         June 28, 2022

                                                                        _____
                                                                        Philip M. Halpern
                                                                        United States District Judge